## Isabelle Leal, Appellee, v. Metropolitan Life Insurance Company, Appellant.

### Gen. No. 40,660.

opinion filed October 25, 1939. Hoyne, O'Connor & Rubinkam, for appellant; Nathaniel Rubinkam and Ira W. Hurley, of counsel; Raymond F. Hayes and John F. Shea, for appellee. Opinion by JUSTICE HEBEL. "Not to be published in full."